UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                              )
                                    )
NANCY CLARK AUSTIN                  )         CASE NO. 18-55704-JWC
                                    )         CHAPTER 13
            Debtor                  )

### MOTION TO EXTEND AUTOMATIC STAY

COMES NOW Nancy Clark Austin, Debtor in the above-captioned cause, who moves this Court, pursuant to 11 USC Section 362(c)(3)(B), for an order continuing the automatic stay provided under 11 USC Section 362(a) as to all creditors.

In support of this Motion, Debtor states as follows:

- Debtor filed this Chapter 13 case on 4/3/2018. Pursuant to 11 USC Section 362, the automatic stay will expire on May 3, 2018.

- Debtor previously filed bankruptcy, Case No. 17-63449-CRM, under Chapter 7, on August 15, 2017, and was discharged on December 6, 2017.

- Debtor previously filed bankruptcy, Case No. 17-50120-CRM, under Chapter 13, on January 3, 2017, and that case was dismissed on April 12, 2017, for failure to attend the 11 USC Section 341 hearing on February 9, 2017. Debtor contacted the Trustee's office on February 3, 2017, to request a postponement of that hearing due to knee surgery scheduled for that date. The Meeting of Creditors was never rescheduled. Debtor had also been contacted by the mortgage lender, creditor listed on Chapter 13 Petition, who offered a loan modification outside of the Chapter 13 Plan, promising Debtor that all mortgage arrearage would be forgiven and the interest on the mortgage loan would be reduced from 6% to 2% which would make the monthly mortgage payments more affordable to Debtor.

- Debtor has had no other pending bankruptcy cases in the preceding one (1) year period.

- This Motion was filed in good faith and the Debtor believes that the Chapter 13 case will be

1

concluded with a discharge.

- The Debtor's prior Chapter 7 case was not dismissed at a time when there had been a Motion for Relief that was pending before the Court or resolved with or without an Order terminating, conditioning, or limiting the stay.

WHEREFORE, the Debtor requests that this Court continue the automatic stay under 11 USC Section 362(a) as to all creditors for the duration of this Chapter 13 proceeding in accordance with 11 USC Section 362(c) (3) or until such time as the stay is terminated under 11 USC Sections 362(c)(1) or (c)(2) or a Motion for Relief from Stay is granted under 11 USC Section 362(d).

DATED: 4/17/2018

*Nancy Clark Austin*

Signature                                              Debtor

Printed Name: Nancy Clark Austin

Address: 4579 Glenforest Drive
Roswell, GA 30075

Telephone: 678-938-2151

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| NANCY CLARK AUSTIN | : | |
| | : | CASE NO. 18-55704-JWC |
| DEBTOR | : | |
| | : | |

CERTIFICATE OF SERVICE

This is to certify that I have this day served the following with a copy of the foregoing Motion to Extend Automatic Stay by depositing in the U.S. Mail a copy of same in a properly addressed envelope with adequate postage thereon:

Barrett Daffin Frappier Turner & Engel, LLP
Attorney for U.S. Bank, N.A., as Trustee for
LSF9 Master Participation Trust
4004 Belt Line Road, Suite 100
Addison, TX 75001

U.S. Bank Trust, N.A.
1 Federal Street
Boston, MA 02110

LSF9 Master Participation Trust
2711 N. Haskell Avenue, Suite 1700
Dallas, TX 75204

Caliber Home Loans
P. O. Box 270415
Oklahoma City, OK 73137-0415

THIS, the 17th day of April, 2018.

*Nancy Clark Austin*
Nancy Clark Austin, Debtor

1