BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP        BDFTE#7514607
4004 BELT LINE ROAD, SUITE 100
ADDISON, TX 75001
(972) 386-5040

Attorney for U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 18-55704-JWC |
| | § | |
| NANCY CLARK AUSTIN, | § | |
| Debtor | § | CHAPTER 13 |
| | § | |
| | § | CONTESTED MATTER |

## OBJECTION TO CONFIRMATION

COMES NOW U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST (hereinafter "Creditor"), a secured creditor holding a first position Security Deed on Real Property commonly known as 4579 GLENFOREST DRIVE NE, ROSWELL, GEORGIA 30075, and for the reasons stated below files its "Objection to Confirmation":

1.

Creditor has not yet filed its Proof of Claim but anticipates filing a claim with pre-petition arrearages in the amount of $72,570.34.

2.

Debtor has failed to satisfy Creditor's Proof of Claim pursuant to the terms of the Note and Security Deed by failing to provide for full payment of the arrearage claim in the Chapter 13 Plan. The Plan does not provide for the full payment of Creditor's allowed secured claim.

3.

The plan fails to timely cure the default reflected in the forthcoming Proof of Claim as required in 11 U.S.C. § 1322 (b)(5).

4.

Creditor reserves the right to amend and/or supplement its Objection at or prior to any hearing on confirmation of the Plan.

WHEREFORE, Creditor prays for reasonable attorney's fees and for such other and further relief as is just and equitable.

Respectfully submitted,

BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, LLP

BY: /s/ Brandi R. Lesesne
BRANDI R. LESESNE
GA NO. 141970
4004 BELT LINE ROAD SUITE 100
ADDISON, TX 75001
Telephone: (972) 386-5040
E-mail: GA.ND.ECF@BDFGROUP.COM
ATTORNEY FOR CREDITOR

## CERTIFICATE OF SERVICE

I hereby certify than on April 30, 2018, a true and correct copy of the Objection to Confirmation was served via electronic means as listed on the Court's ECF noticing system or by regular first class mail to the parties listed on the attached list.

Respectfully submitted,

BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, LLP

BY: /s/ Brandi R. Lesesne
BRANDI R. LESESNE
GA NO. 141970
4004 BELT LINE ROAD SUITE 100
ADDISON, TX 75001
Telephone: (972) 386-5040
E-mail: GA.ND.ECF@BDFGROUP.COM
ATTORNEY FOR CREDITOR

BY ELECTRONIC NOTICE OR REGULAR FIRST CLASS MAIL:

DEBTOR:
**Nancy Clark Austin**
4579 Glenforest Drive NE
Roswell, GA 30075

TRUSTEE:
**Nancy J. Whaley**
Nancy J. Whaley, Standing Ch. 13 Trustee
303 Peachtree Center Avenue
Suite 120, Suntrust Garden Plaza
Atlanta, GA 30303