UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| NANCY CLARK AUSTIN | ) | CASE: A18-55704-JWC |
| | ) | |
| | ) | |
| **DEBTOR** | ) | |

**CHAPTER 13 TRUSTEE'S OBJECTION TO CONFIRMATION
AND EXEMPTIONS AND MOTION TO DISMISS CASE**

COMES NOW, Nancy J. Whaley, the Standing Chapter 13 Trustee herein, and objects to Confirmation of the plan for the following reasons:

1.

The Debtor has failed to serve the Chapter 13 plan on applicable creditors pursuant to Bankruptcy Rule 7004 and has failed to file the corresponding Certificate of Manner of Service required by General Order 21-2017.

2.

The Debtor's Chapter 13 plan fails to check the box in section 5.1 and checks the domestic support obligation box on page 1, but fails to list a domestic support obligation. The Trustee is unable to administer the plan as filed 11 U.S.C. 1302(b)(3).

3.

The Debtor's payments under the proposed plan are not current, thus indicating that this plan is not feasible. 11 U.S.C. Section 1325(a)(6).

4.

The Debtor has failed to provide to the Trustee a copy of the 2017 tax return filed with Internal Revenue Service in violation of 11 U.S.C. Section 521(e)(2)(A).

5.

The Debtor has failed to file tax returns with the Internal Revenue Service for the four (4) year period prior to filing in violation of 11 U.S.C. Section 1308. (2015 - 2017 affidavit)

6.

The Trustee requests proof of income in order to determine the accuracy and veracity of the plan and/or Schedules. 11 U.S.C. Section 521(1), 11 U.S.C. Section 1325(a)(3), and 11 U.S.C. Section 1325(b)(1)(B).

7.

The Debtor's Schedule I reflects contributions from her ex-husband of $1,000.00 per month and her son of $800.00 per month. The Trustee requests documentation regarding these contributions, including, but not limited to, a notarized affidavit executed by the contributor which states the date the contribution began and how long it is expected to continue. If the contribution is from rental income, the Trustee requests documentation such as a copy of the written lease or a notarized affidavit from the lessee. 11 U.S.C. Section 1325(a)(6).

8.

The Chapter 13 Trustee requests proof of the post-petition mortgage payments of $746.00 per month in order to determine feasibility of proposed plan pursuant to 11 U.S.C. 1325(a)(6).

9.

The Chapter 13 Schedules reflect an exemption of $2,608.00 in O.C.G.A. Section 44-13-100(a)(6), an amount that exceeds the exemption limitations allowed in accordance with O.C.G.A. Section 44-13-100.

10.

The Debtor's Schedule J reflects net income of $720.00 per month; however, Debtor's plan proposes to pay only $158.00 per month thus indicating a lack of good faith pursuant to 11 U.S.C. Sections 1325(a)(3) and 11 U.S.C. Section 1325(b)(1)(B).

11.

The plan provides unclear and possibly conflicting treatment for the first and second mortgages of Caliber Home Loans, preventing the Trustee from properly administering the plan.

12.

The Debtor is proposing a zero percent (0%) dividend payment to nominal unsecured debt totaling $0.00, which may violate 11 U.S.C. Section 1325(a)(3).

WHEREFORE, the Trustee moves the Court to inquire into the above objections, deny Debtor's exemptions, deny Confirmation of the Debtor's plan, and to dismiss the case.

This the 21st day of May, 2018.

                                            Respectfully submitted,

                                            /s/_____
                                            Maria C. Joyner
                                            Attorney for the Chapter 13 Trustee
                                            State Bar No. 118350

## CERTIFICATE OF SERVICE

Case No: A18-55704-JWC

This is to certify that I have this day served the following with a copy of the foregoing Chapter 13 Trustee's Objection To Confirmation And Exemptions And Motion To Dismiss Case by depositing in the United States mail a copy of same in a properly addressed envelope with adequate postage thereon.

**Debtor(s)**
NANCY CLARK AUSTIN
4579 GLENFOREST DRIVE NE
ROSWELL, GA 30075

This the 21st day of May, 2018.

/s/_____
Maria C. Joyner
Attorney for the Chapter 13 Trustee
State Bar No. 118350
303 Peachtree Center Avenue, NE
Suite 120
Atlanta, GA 30303